**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-60596-LMR**

DANIELLA CARABALLO and
ALLISON BAUER,

      Plaintiffs,

v.

MINDY S. SOHN, P.A. and
MINDY S. SOHN, an individual,

      Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISTRICT JUDGE**

      This matter is before the Court on the Magistrate Judge's Amended Report and Recommendation on Dismissal of Plaintiff Allison Bauer [DE 35], in which Magistrate Judge Lisette M. Reid recommends that the Court dismiss with prejudice Plaintiff Allison Bauer's claims against Defendants.  No objections have been filed to the Report and Recommendation.  Thus, having reviewed Magistrate Judge Reid's Report and Recommendation and the record, it is hereby,

      **ORDERED** that:

1. The Amended Report and Recommendation on Dismissal of Plaintiff Allison Bauer [DE 35] is **AFFIRMED and ADOPTED**.

2. Plaintiff Allison Bauer's claims against Defendants in this action are **DISMISSED with prejudice**.

    a. Plaintiff Allison Bauer's claims against Defendants in Counts I – IV are **DISMISSED with prejudice**.

    b. Plaintiff Daniella Caraballo's claims against Defendants in Counts I – IV remain pending before this Court.

    c. Count V is **DISMISSED with prejudice**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 8th day of November, 2023.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    All Counsel of Record